# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 31, 2013

*Before*

RICHARD A. POSNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 12-2585

| | |
|---|---|
| NEREIDA MENDEZ, | Appeal from the United States District |
|     *Plaintiff-Appellant*, | Court for the Northern District of Illinois |
| | Eastern Division |
|     *v.* | |
| | No. 04-cv-04159 |
| REPUBLIC BANK, | |
|     *Respondent-Appellee*. | Joan Humphrey Lefkow, |
| | *Judge*. |

ORDER

The slip opinion released on July 25, 2013 is AMENDED by striking the word "debtor" in the second sentence on page one and substituting the word "creditor." The corrected sentence shall read: "To do so the judgment creditor serves the third party with a citation to discover assets."